# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ROSARIO GONZALES, | ) | Case No. SA CV 14-495 VAP (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| W. L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and his action is dismissed with prejudice.

DATE: _November 20, 2014

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE